■ GERALD A. HARLEY, Appellant, v JOHN T. PERKINSON, Respondent.—Appeal from a judgment of the Supreme Court (Keniry, J.), entered December 13, 1990 in Rensselaer County, which granted defendant's motion to dismiss the complaint for failure to state a cause of action.

Judgment affirmed, without costs, upon the opinion of Justice William H. Keniry.

Weiss, P. J., Yesawich Jr., Levine, Mahoney and Harvey,

JJ., concur. Ordered that the judgment is affirmed, without costs. *[See,* 148 Misc 2d 753.]